

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMEN VICINAGE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:  14-050 (NLH)** |
| | : | |
| **v.** | : | |
| | : | |
| **KIMBERLY SPELLMAN,** *et al.* | : | *Consent Order Modifying Pretrial* |
| a/k/a **"Candi Jones," a/k/a "Kim Jones"** | : | *Release Order* |

**THIS MATTER** having been opened to the Court by the Defendant, Kimberly

Spellman, by and through her attorney, Michael N. Huff, Esquire, on notice to and with the

consent of the United States Attorney, Paul J. Fishman, Esquire (Assistant United States

Attorney Justin C. Danilewitz, Esquire appearing) and United States Pretrial Services (Pretrial

Services Officer Adrienne K. Smith appearing), the Court having considered all arguments

submitted, the consent of the parties, and for good cause shown;

IT IS on this _____4th_____ day of ____February____, 2015, **ORDERD**

that the Defendant Kimberly Spellman may travel to the Superior Court of New Jersey, Atlantic

County for the purpose of making custody arrangements for the defendant's minor

daughter. The defendant may leave her residence, while on home incarceration, for this purpose

at the discretion of Pretrial Services. The defendant must also provide verification from Atlantic

County Superior Court to Pretrial Services.

BY THE COURT:

_____
HONORABLE NOEL L. HILLMAN

I hereby consent to the content and form of the above Order.

_____/s/ Justin Danilewitz_____
Justin C. Danilewitz, Esquire
Assistant U.S. Attorney
District of New Jersey
401 Market Street
P.O. Box 2098
Camden, NJ 08101-2098
(856) 968-4864
Justin.Danilewitz@usdoj.gov

_____
Michael N. Huff, Esquire
1333 Race Street
Philadelphia, PA 19107
(215) 567-2120
michael.huff.esq@gmail.com

_____
Adrienne K. Smith
New Jersey Pretrial Services
United States Post Office and Courthouse
P.O. Box 1008
1st Floor
401 Market Street
Camden, NJ 08101
856-757-5107
adrienne_smith@njpt.uscourts.gov